**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000490
21-APR-2021
09:12 AM
Dkt. 28 ODSD**

NO. CAAP-20-0000490

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TW, Petitioner-Appellant, v.
AS, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-P NO. 19-1-0184)

ORDER DISMISSING APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On July 30, 2020, self-represented Petitioner-Appellant TW (TW) filed the notice of appeal;

(2) On August 18, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that, among other things, the opening brief was due on or before September 28, 2020;

(3) TW failed to file an opening brief or request an extension of time;

(4) On October 12, 2020, the appellate clerk notified TW that the time for filing the opening brief had expired, the matter would be called to the court's attention on October 22, 2020, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure (HRAP) Rule 30, and TW may request relief from default by motion; and

(5) TW took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 21, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge